In the Matter of JOSEPH P. WALSH, Appellant; HAROLD M. KENNEDY, Respondent.

Argued October 14, 1940; decided November 26, 1940.

*Joseph P. Walsh,* in person, *Stephen Callaghan* and *Ralph Stout* for appellant.

*Harold M. Kennedy, Robert Abelow* and *Murray M. Halwer* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and LEWIS, JJ. Taking no part: CONWAY, J.